IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0765
 ((((((((((((((((

 Aig National Insurance Company, Et Al.,

 v.

 EAST SIDE SURGERY CENTER, INC., ET AL.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed motion to abate appeal, filed on April 11, 2005, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until June
15, 2005, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 13th day of April, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk